UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | File No. 20-cr-270 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER** |
| Andrew Charles Welsh, | |
| Defendant. | |

---

Evan Gilead and Nathan Hoye Nelson, United States Attorney's Office, Minneapolis, MN, for Plaintiff United States of America.

Ryan Garry, Minneapolis, MN; Andrew S. Birrell and Ian S. Birrell, Birrell Law Firm, PLLC, Minneapolis, MN, for Defendant Andrew Charles Welsh.

---

Defendant Andrew Charles Welsh filed a motion to suppress statements that he made during an interview with law enforcement. ECF No. 27. Magistrate Judge Leo I. Brisbois has issued a Report and Recommendation ("R&R") that recommends denying the motion. ECF No. 51. Welsh has filed objections to the R&R, ECF No. 52, and its conclusions are therefore reviewed de novo under 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). Welsh's objections raise the same arguments that the R&R carefully considers and rejects. Having undertaken a de novo review, the Court has concluded that Magistrate Judge Brisbois's analysis and conclusions are correct.

Therefore, based on the foregoing, and on all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

2

1. Defendant's Objections to the Report and Recommendation [ECF No. 52] are **OVERRULED**.

2. The Report and Recommendation [ECF No. 51] is **ACCEPTED**.

3. Defendant's Motion to Suppress Statements [ECF No. 27] is **DENIED**.

Dated: September 29, 2021        s/ Eric C. Tostrud  
                                 Eric C. Tostrud  
                                 United States District Court